UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:25-cv-1412-AGM-DCI

ABDURAZAK ABDU,

    Plaintiff,

v.

KINGDOM FOODS SOLUTION LLC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: Monday, December 22, 2025

EQUAL ACCESS LAW GROUP, PLLC
Counsel for Plaintiff

*/s/ Mark Berrios-Ayala*

By: Mark Berrios-Ayala, Esq.
Florida Bar No.: 1002272
68-29 Main Street,
Flushing, New York 11367
Tel: (321) 364-4507
Email: mba@ealg.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Mark Berrios-Ayala